UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UNITED MEMORIAL HOSPITAL, et al.,

    Defendants.
_____/

Case No. 1:01-cr-238

Hon. Richard Alan Enslen

**<u>ORDER</u>**

The above action is being prepared for storage at the Federal Archives and Records Center. However, it contains the following document(s) which were sealed by order of the Court: Plaintiff's Response in Opposition to UMH's Renewed Motion for Return of Patient Information [5]; Plaintiff's Response in Opposition to UMH's Motion for Return of Patient Information [10]; Superseding Indictment [14]; Motion to Seal [15]; Application for Order to Disclose Returns and Return Information [79]; Order for Disclosure of Returns and Return Information [94]; Ex Parte Application for Issuance of Subpoena Duces Tecum [178]; Order granting Ex Parte Application for Issuance of Subpoena Duces Tecum [182]; Private Addendum to Plea Agreement [244]; UMH's Motion to Compel [251]; Plaintiff's Response to UMH's Motion to Compel [252]; Joint Motion to Allow UMH to Disclose to Spectrum Health the Sealed Private Agreement [254]; Motion to Seal Joint Motion to Allow UMH to Disclose to Spectrum Health the Sealed Private Agreement [255]; Motion for Leave to File Supplemental Reply Brief to Defendant UMH's Motion to Compel [257]; UMH's Motion to Compel Government's Compliance with the Terms of the Court Sanctioned Plea Agreement [258]; UMH's Supplemental Reply Brief to their Motion to Compel Compliance with the Terms of Court Sanctioned Plea Agreement [263]; Plaintiff's Sur Reply in Response to UMH's

Motion to Compel Compliance with the Plea Agreement w/Exhibit 1 [264]

WHEREAS, the Federal Archives and Records Center will not accept sealed records for storage,

IT IS HEREBY ORDERED that the parties show cause in writing within thirty (30) days of the date of this order, why the document(s) cannot be unsealed for storage. Failure to respond will result in the document(s) being unsealed and transferred to the Archives without further order. The Court will not destroy or return records to the filer under any circumstances.

IT IS SO ORDERED.

DATED in Kalamazoo, MI:  
    March 8, 2006

/s/ Richard Alan Enslen  
RICHARD ALAN ENSLEN  
SENIOR UNITED STATES DISTRICT JUDGE