# EXHIBIT E



One Woodward Avenue, Suite 2400
Detroit, Michigan 48226-5485
P 313.965.7900   F 313.965.7403
www.kitch.com

March 30, 2006

Laurel Berends
Chief Quality & Risk Officer
Spectrum Health United Memorial
615 South Bower Street
Greenville, MI 48838

Re:   USA v. UHM

Dear Laurel:

I just wanted to be sure you saw the attached order which gives thirty (30) days from March 8 in which SHUM must file objections to the unsealing of documents. I would emphasize that for the most part the sealed documents are patient records subject to HIPAA and state confidentiality laws, and peer review committee records. If the decision has not been made already, someone there needs to make a quick decision as to whether or not to challenge the unsealing. Although we are no longer your counsel in the matter, if we can be of any help, please let us know.

For the Firm,

Gregory Drutchas
(313) 965-7930
greg.drutchas@kitch.com

GD:hmo
cc:   Albert Addis

DET02\1102401.1

Detroit  Ann Arbor  Lansing  Mt. Clemens  Marquette  Toledo