UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,	Case No. 1:01-CR-238

v.	Hon. Richard Alan Enslen

UNITED MEMORIAL HOSPITAL,

    Defendant.
_____/

Devin S. Schindler (P41371)
Warner Norcross & Judd LLP
Attorney for Defendant
900 Fifth Third Center, 111 Lyon, NW
Grand Rapids, MI 49503
(616) 752-2449

Barbara Colby Tanase
Margaret M. Chiara
Assistant United States Attorneys
315 W. Allegan, Room 252
Lansing, MI 48933
_____/

**ORDER**
**(Re Defendant's Motion Requesting**
**That Certain Documents Remain Sealed)**

Defendant Spectrum Health—United Memorial f/k/a United Memorial Hospital ("SHUM") has moved for an order requesting the court to maintain a seal on five pleadings filed under seal with the court. The documents contain information about medical treatment provided to individually identified patients, or details of unsubstantiated allegations of wrongdoing about a

SHUM employee.  Public policy favors maintaining these documents under seal, and the privacy considerations outweigh the negligible benefits to the public in unsealing these documents.

**THEREFORE, IT IS HEREBY ORDERED** that the Defendant's Motion Requesting that Certain Documents Remain Sealed is **GRANTED** and the following documents shall remain sealed:

- United States' Response in Opposition to United Memorial Hospital's Renewed Motion for Return of Patient Information Under Rule of Criminal Procedure 41(e) (docket number 5).

- United Memorial Hospital's Motion to Compel (docket number 251).

- United Memorial Hospital's Motion to Compel Government's Compliance With the Terms of the Court's Sanctioned Plea Agreement and to Preclude Government's Attempt to Impose Additional Post-Agreement Conditions Upon Defendant (docket number 258).

- United States' Sealed Sur Reply in Response to United Memorial's Motion to Compel Compliance with the Plea Agreement **and** Exhibit 1 to United States' Sealed Sur Reply In Response to United Memorial's Motion to Compel Compliance with Plea Agreement (docket number 264).

June 28, 2006                              /s/ Richard Alan Enslen
                                           Hon. Richard Alan Enslen
                                           Senior United States District Judge

1280003-1
004033.004033

2