This document is not available for review electronically.
It is available for review at the courthouse.